1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

| | |
|---|---|
| TODD ROY GIBBONS,<br><br>                    Plaintiff,<br><br>v.<br><br>BOB FERGUSON,<br><br>                    Defendant. | CASE NO. C13-5189 BHS<br><br>ORDER DENYING MOTION<br>FOR RECONSIDERATION |

13

14

        This matter comes before the Court on Plaintiff Todd Roy Gibbons's ("Gibbons")

motion for reconsideration (Dkt. 9)

15

16

17

18

19

20

21

        On March 14, 2012, Gibbons filed a motion to proceed *in forma pauperis* and a

proposed complaint.  Gibbons alleges that the United States, through the Washington

Attorney General and local medical facilities, has caused him to receive an improper

medical diagnosis in early 2005.  Dkt. 1-1.  On March 20, 2013, the Court denied

Gibbons's motion and dismissed his complaint because of numerous deficiencies in the

complaint, including the fundamental jurisdictional deficiencies of failure to exhaust and

statute of limitations.  Dkt. 4.

22

1    On March 26, 2013, Gibbons filed a motion for reconsideration stating that he

2  failed to include four pages of his complaint (Dkt. 5) and a motion to amend his

3  complaint to add the additional four pages (Dkt. 6).  On March 27, 2013, the Court

4  denied both motions.  Dkt. 7.

5    On July 3, 2013, Gibbons filed a second motion for reconsideration arguing

6  manifest error in the Court's prior rulings.  Dkt. 9.

7    In this case, Gibbons's motion fails for at least two reasons.  First, Gibbons's

8  motion is untimely because such a motion must be filed within 14 days after the decision

9  issues that the motion is challenging.  Second, the Court did not commit manifest error in

10  the prior rulings because Gibbons clearly failed to allege facts establishing jurisdiction in

11  this Court.  Therefore, the Court **DENIES** Gibbons's motion for reconsideration.

12    Furthermore, the Clerk is directed to enter a note in the electronic docket that no

13  more documents will be accepted from Gibbons in this matter.  If Gibbons files

14  additional documents in this case, the Clerk shall return the documents to Gibbons.

15  **IT IS SO ORDERED.**

16    Dated this 8th day of July, 2013.

17

18

19  BENJAMIN H. SETTLE
United States District Judge

20

21

22

ORDER - 2